**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

        **Plaintiff**

v.

**United Distribution Group, LLC, dba United**
**Wholesale Grocery;** and **Mine Boutique LLC,**
**Both Michigan Limited Liability Companies;**
**Cin-Lan, Inc., dba Déjà Vu Love Boutique;**
**Fashion Designs, Inc.; Executive Art Studio, Inc.;**
**G.K. Convenience Stores, Inc.; Ajit Corporation,**
**And Gur-Zal, Inc., dba Sunny Mart,**
        **Michigan Corporations**

        **Defendants.**

_____/

Case No.: _____

Hon. _____

# EXHIBIT 1

Impulsaria's STIFF NIGHTS packaging and trade dress





**Stiff Nights™** has been scientifically formulated to increase endurance and hardness while intesifying pleasure and satisfaction

**DIRECTIONS:** As a dietary supplement, take ONLY ONE capsule on an empty stomach. Stiff Nights works in as little as 25 minutes, and typically lasts for 48-72 hours. Effects are normally active only when physically stimulated. Take a maximum of 1 capsule per 36 hours. Less than 5% of users report headaches. Headaches typically occur because the dosage was too high. ONLY if a headache occurs, on subsequent doses, cut pill in half.

**SUPPLEMENT FACTS · DIETARY SUPPLEMENT** serving size: 1 capsule

Erection Booster Blend ™ 590 mg

Polygonati Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longfolia Extract, Tunera Aphrodisiaca, Cayenne 40m H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutarate, Arginine Ketoisocaproate, Cordyceps sinensis, Ganoderma lucidum, Lentiunula Edodes, Auricularia auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp, Alfalfa, Beet Root, Orange Peel, Dandelion Leaf, Lemon Peel, Ginkgo Leaf.

Inert Ingredients: Barley Flour, Magnesium Stearate, Hypromellose, Water

**PRECAUTIONS:** Use only as directed. For Adult Male use only. Do NOT take this product if you have a serious medical condition or use prescription medications, especially if they contain nitrates, such as nitroglycerin.

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. No animals were harmed in the making of this product.

If you have any questions, please contact us. We are here to serve you. questions@stiffnights.com

8 27912 07816 9



**Stiff Nights**™ has been scientifically formulated to increase endurance and hardness while intesifying pleasure and satisfaction

**DIRECTIONS:** As a dietary supplement, take ONLY ONE capsule before sexual activity. Stiff Nights works in as little as 30 minutes, and typically lasts for 36-72 hours. Effects are normally active only when physically stimulated. In the rare event that an erection lasts longer than 4 hours, seek medical assistance immediately. Best if taken 2 hours after a meal. If a headache occurs, drink a heavily caffeinated beverage. Take a maximum of 1 capsule per 36 hours

## SUPPLEMENT FACTS
serving size: 1 capsule

Erection Booster Blend ™ 590 mg

Polygonati Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longifolia Extract, Tunera Aphrodisiaca, Cayenne 40m H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutarate, Arginine Ketoisocaproate, Cordyceps sinensis, Ganoderma lucidum, Lentiunula Edodes, Auriculana auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp, Alfalfa, Beet Root, Orange Peel, Dandelion Leaf, Lemon Peel, Ginkgo Leaf.

Inert Ingredients: Barley Flour, Magnesium Stearate, Hypromellose, Water

PRECAUTIONS: Use only as directed. For Adult Male use only.
Do NOT take this product if you have a serious medical condition or use prescription medications, especially if they contain nitrates, such as nitroglycerin.

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. No animals were harmed in the making of this product.

If you have any questions, please contact us. We are here to serve you. questions@stiffnights.com



8  27912 07352  2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

          **Plaintiff**

v.

**United Distribution Group, LLC, dba United**
**Wholesale Grocery; and Mine Boutique LLC,**
**Both Michigan Limited Liability Companies;**
**Cin-Lan, Inc., dba Déjà Vu Love Boutique;**
**Fashion Designs, Inc.; Executive Art Studio, Inc.;**
**G.K. Convenience Stores, Inc.; Ajit Corporation,**
**And Gur-Zal, Inc., dba Sunny Mart,**
          **Michigan Corporations**

          **Defendants.**

Case No.: _____

Hon. _____

# EXHIBIT 2

Impulsaria's United States Trademark Registration

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,621,660
Registered May 19, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# Stiff Nights

IMPULSARIA, LLC (NEVADA LIMITED LIABI-
LITY COMPANY)
SUITE 203
470 MARKET AVENUE
GRAND RAPIDS, MI 49503

FOR: DIETARY SUPPLEMENTS FOR USE AS
MALE SEXUAL STIMULANT; HERBAL MALE EN-
HANCEMENT CAPSULES AND HERBAL SUPPLE-
MENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND
52).

FIRST USE 10-1-2007; IN COMMERCE 11-1-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-421,678, FILED 3-13-2008.

JUDITH HELFMAN, EXAMINING ATTORNEY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

        **Plaintiff**

v.

**United Distribution Group, LLC, dba United**
**Wholesale Grocery; and Mine Boutique LLC,**
**Both Michigan Limited Liability Companies;**
**Cin-Lan, Inc., dba Déjà Vu Love Boutique;**
**Fashion Designs, Inc.; Executive Art Studio, Inc.;**
**G.K. Convenience Stores, Inc.; Ajit Corporation,**
**And Gur-Zal, Inc., dba Sunny Mart,**
      **Michigan Corporations**

        **Defendants.**

Case No.: _____

Hon. _____

# EXHIBIT 3

Counterfeit STIFF NIGHTS product sold by defendant Cin-Lan

30

 *Love Boutique*

Cin-Lan Inc.
1000 West Jolly Road
www.dejavu.com
Lansing, Michigan 48910
517-882-4960

**Sales Receipt**

Transaction #:      298690
Date:    9/9/2011      Time:  1:24:37 PM
Cashier:   0421      Register #:   2

| Item | Description | Amount |
|------|-------------|--------|
| 827912078169 | STIFF NIGHTS 1CT B | $9.95 |
| 827912073522 | STIFF NIGHTS 2CT B | $17.95 |

| | | |
|---|---|---|
| | Sub Total | $27.90 |
| | LANSING SALES TAX | $1.67 |
| | Total | $29.57 |
| | CASH Tendered | $40.00 |
| | Change CASH | $10.43 |



298690
Thank you for shopping
Cin-Lan Inc.
We hope you'll come back soon!
ALL SALES ARE FINAL!!!





$ 9.95

**Stiff Nights**™ has been scientifically formulated to increase endurance and hardness while intensifying pleasure and satisfaction

**DIRECTIONS:** As a dietary supplement, take ONLY ONE capsule on an empty stomach. Stiff Nights works in as little as 25 minutes, and typically lasts for 48-72 hours. Effects are normally active only when physically stimulated. Take a maximum of 1 capsule per 36 hours. Less than 5% of users report headaches. Headaches typically occur because the dosage was too high. ONLY if a headache occurs on subsequent doses, cut pill in half.

**SUPPLEMENT FACTS · DIETARY SUPPLEMENT** serving size: 1 capsule

Erection Booster Blend™ 590 mg

Polyrachi Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longfolia Extract, Tunera Aphrodisiaca, Cayenne 40M H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutrarate, Arginine Ketoisocaproate, Cordyceps sinensis, Ganoderma lucidum, Lentiunula Edodes, Auriculana auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp, Alfafa, Beet Root, Orange Peel, Dandelion Leaf, Lemonpeel, Clover Leaf

Inert Ingredients: Barley Flour, Magnesium Stearate, Hypromellose, Water

**PRECAUTIONS:** Use only as directed. For Adult Male use only. Do NOT take this product if you have a serious medical condition or use prescription medications, especially if they contain nitrates, such as nitroglycerin.

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. No animals were harmed in the making of this product.

If you have any questions, please contact us. We are here to serve you. questions@stiffnights.com



8  27912 07816  9



Stiff Nights™ has been scientifically formulated to increase endurance and hardness while intensifying pleasure and satisfaction

**DIRECTIONS** : As a dietary supplement take ONLY ONE capsule on an empty stomach. Stiff Nights works in as little as 25 minutes, and typically lasts for 48-72 hours. Effects are normally active only when physically stimulated. Take a maximum of 1 capsule per 36 hours. Less than 5% of users report headaches. Headaches typically occur because the dosage was too high. ONLY if a headache occurs, on subsequent doses, cut pill in half.

**SUPPLEMENT FACTS - DIETARY SUPPLEMENT** serving size 1 capsule

Erection Booster Blend™ 590 mg

Polygonati Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longfolia Extract, Tunera Aphrodisiaca, Cayenne 40M H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutrarate, Arginine Ketoisocaproate, Cordyceps sinensis, Ganoderma lucidum, Lentiunula Edodes, Auriculana auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp Alfalfa, Beet Root, Orange Peel, Dandelion Leaf, Lemon peel, Ginkgo Leaf.

Inert Ingredients : Barley Flour, Magnesium Stearate, Hypromellose, Water

**PRECAUTIONS** : Use only as directed. For Adult Male use only. Do NOT take this product if you have a serious medical condition or use prescription medications, especially if they contain nitrates, such as nitroglycerin

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. No animals were harmed in the making of this product.

If you have any questions
please contact us
We are here to serve you
questions@stiffnights.com

8 27912 07352 2





## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

       **Plaintiff**

v.

**United Distribution Group, LLC, dba United**
**Wholesale Grocery; and Mine Boutique LLC,**
**Both Michigan Limited Liability Companies;**
**Cin-Lan, Inc., dba Déjà Vu Love Boutique;**
**Fashion Designs, Inc.; Executive Art Studio, Inc.;**
**G.K. Convenience Stores, Inc.; Ajit Corporation,**
**And Gur-Zal, Inc., dba Sunny Mart,**
      **Michigan Corporations**

      **Defendants.**

Case No.: _____

Hon. _____

# EXHIBIT 4
Counterfeit STIFF NIGHTS product sold by defendant Mine



MINE BOUTIQUE LLC
1336 RAVINE ROAD
www.dejavu.com
KALAMAZOO, MI 49004
269.342.1170

## Sales Receipt

Transaction #:      31004
Date:   9/25/2011   Time: 5:43:55 PM
Cashier:   6930     Register #:   1

| Item | Description | Amount |
|------|-------------|--------|
| 827912078169 | STIFF NIGHTS | $9.95 |
| 827912078169 | STIFF NIGHTS | $9.95 |

|                        |         |
|------------------------|---------|
| Sub Total              | $19.90  |
| KALAMAZOO SALES TAX     | $1.19   |
| Total                  | $21.09  |
| CASH Tendered          | $8.00   |
| MASTERCARD Tendered    | $13.09  |
| Card: XXXXXXXXXXXX6171 |         |
| Auth: 064356           |         |
| Change Due             | $0.00   |

31004
Thank you for shopping
MINE BOUTIQUE LLC
We hope you'll come back soon!
ALL SALES ARE FINAL!!!



*Stiff Nights* has been scientifically formulated to increase endurance and hardness while intensifying pleasure and satisfaction.

**DIRECTIONS** :  As a dietary supplement, take ONLY ONE capsule on an empty stomach. Stiff Nights works in as little as 25 minutes, and typically lasts for 48-72 hours. Effects are normally active only when physically stimulated. Take a maximum of 1 capsule per 36 hours. Less than 5% of users report headaches. Headaches typically occur because the dosage was too high. ONLY if a headache occurs, on subsequent doses, cut pill in half.

**SUPPLEMENT FACTS · DIETARY SUPPLEMENT**  serving size: 1 capsule

Erection Booster Blend™ 590 mg

Polygonati Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longfolia Extract, Tunera Aphrodisiaca, Cayenne 40M H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutrarate, Arginine Ketoisocaproate, Cordyceps sinensis, Ganoderma lucidum, Lentinunula Edodes, Auricularia auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp Alfalfa, Beet Root, Orange Peel, Dandelion Leaf, Lemonpeel, Ginkgo Leaf.

Inert Ingredients :  Barley Flour, Magnesium Stearate, Hypromelloea, Water.

**PRECAUTIONS** :  Use only as directed. For Adult Male use only. Do NOT take this product if you have a serious medical condition or use prescription medications, especially if they contain nitrates, such as nitroglycerin.

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. No animals were used in the making of this product.

9.95

8  27912  07816

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

        **Plaintiff**

v.

**United Distribution Group, LLC, dba United**
**Wholesale Grocery; and Mine Boutique LLC,**
**Both Michigan Limited Liability Companies;**
**Cin-Lan, Inc., dba Déjà Vu Love Boutique;**
**Fashion Designs, Inc.; Executive Art Studio, Inc.;**
**G.K. Convenience Stores, Inc.; Ajit Corporation,**
**And Gur-Zal, Inc., dba Sunny Mart,**
      **Michigan Corporations**

        **Defendants.**

Case No.: _____

Hon. _____

# EXHIBIT 5

Counterfeit STIFF NIGHTS product sold by defendant Fashion

29

```
****************************
YOUR RECEIPT
   Thank You
  Call Again
****************************
HERBAL T1              12.95
HERBAL T1              12.95
 ITEM CT                   2
 TAX-1                  1.55
 TAX                    1.55
TOTAL         27.45
CASH TD                27.50
CHANGE                  0.05
   09-25-2011   17:05
   0006 CLERK01   00010826
```

Velvet Touch.
269-342-1610

K-zoo Store.





*Stiff Nights*™ has been scientifically formulated to increase endurance and hardness while intensifying pleasure and satisfaction

**DIRECTIONS:** As a dietary supplement, take ONLY ONE capsule on an empty stomach. Stiff Nights works in as little as 25 minutes, and typically lasts for 48-72 hours. Effects are normally active only when physically stimulated. Take a maximum of 1 capsule per 36 hours. Less than 5% of users report headaches. Headaches typically occur because the dosage was too high. ONLY if a headache occurs, on subsequent doses, cut pill in half.

SUPPLEMENT FACTS • DIETARY SUPPLEMENT    serving size: 1 capsule

Erection Booster Blend ™ 590 mg

Polygonati Rhizome Extract, Cinnamommum Cassia Extract, Eurycoma Longfolia Extract, Tunera Aphrodisiaca, Cayenne 40M H.U., Ginger Root, Peppermint Leaf, White Willow Bark Extract, Golden Spear Grass Extract, Astragalus Root, Chamomile Leaf, Schisandra Berry, Pagoda Tree Fruit, L-Arginine Monohydrate, Arginine Alphaketoglutarate, Arginine Ketoisocapro-ate, Cordyceps sinensis, Ganoderma lucidum, Lentiunula Edodes, Auricularia auricular, Spirulina, Chlorella, Spinach, Barley Grass, Wheat Grass, Dulse Leaf, Kelp Alfalfa, Beet Root, Orange Peel, Dandelion Leaf, Lemon peel, Ginkgo Leaf.

Inert Ingredients: Barley Flour, Magnesium Stearate, Hypromellose, Water

**PRECAUTIONS:** Use only as directed. For Adult Male use only. Do NOT take this product if you have a serious medical condition prescription medications, especially if they contain nitrates, such as nitr

These statements have not been evaluated by the FDA. This product intended to diagnose, treat, cure, or prevent any disease. No animals were harmed in the making of this product.

If you have any questions, please contact us. We are here to serve you. questions@stiffnights.com



8 27912 07352 2