# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

          **Plaintiff**

**v.**

**United Distribution Group, LLC, et al**
        **Defendants.**
_____/

**Case No.: 1:11-CV-1220**

**HON. ROBERT HOLMES BELL**

# EXHIBIT 17

Evidence of counterfeit sales by 2daydietmaxsupply.com
and Emilio Vega and Emiliano Vega

# DietMax

Home    View Cart    My Account    About Us    Contact Us    Privacy    Help

**2 DAY DIET REVIEW**    **WEIGHTLOSS TIPS**    **WORKOUT TIPS**    stiff nights    [GO]

**You are here:** Home > Search for "stiff nights"

**Sort By:** Price: Low to High   [Go]          10 per page        Page 1    of 1

**PRODUCTS**

▷ Combos
▷ LingZhi 2 Day Diet (Strong Version)
▷ Stiff Nights
▷ Street Overlord
▷ Extenze
▷ Meizitang Slimming Soft Gel
▷ Japan LingZhi Detox Tea
▷ LingZhi Slim Express Tea
▷ LingZhi Clean & Slim Tea
▷ Super Slim Pomegranate
▷ Hoodia Cactus Slimming

**HEALTH AND WEIGHTLOSS**

· Healthy Recipes
· Latest Health News
· Weightloss Blog

**JOIN OUR MAILING LIST**

JOIN

**Join our mailing list!**



Join Now





**1 Package Stiff Nights(2 capsules)**

**Our Price:** $6.99   Add to cart

› more info



**3 Packages Stiff Nights(6 capsules)**

**Our Price:** $12.99   Add to cart

› more info



**6 Packages Stiff Nights(12 capsules)**

**Our Price:** $24.99   Add to cart

› more info



**15 Packages Stiff Nights(30 capsules)**

**Our Price:** $39.99   Add to cart

› more info



**24 Packages Stiff Nights (48 capsules)**

**Our Price:** $57.99   Add to cart

› more info

**50 Packages Stiff Nights(100 capsules)**
**Our Price:** $109.99   Add to cart

› more info



Copyright © 2011  DietMax. All Rights Reserved.

Ecommerce Software by Volusion.

# DietMax

Home   View Cart   My Account   About Us   Contact Us   Privacy   Help

**2 DAY DIET REVIEW**      **WEIGHTLOSS TIPS**      **WORKOUT TIPS**      GO

 *About Us*

**PRODUCTS**

▷ Combos
▷ LingZhi 2 Day Diet (Strong Version)
▷ Stiff Nights
▷ Street Overlord
▷ Extenze
▷ Meizitang Slimming Soft Gel
▷ Japan LingZhi Detox Tea
▷ LingZhi Slim Express Tea
▷ LingZhi Clean & Slim Tea
▷ Super Slim Pomegranate
▷ Hoodia Cactus Slimming

DietMax is a distributor of authentic and original weight loss and dietary supplements. We are located in sunny south Florida. Please feel free to contact us with any concerns and questions that you may have about our products or services.

DietMax
561-891-5448

milovega1@att.net

**HEALTH AND WEIGHTLOSS**

Healthy Recipes
Latest Health News
Weightloss Blog

**JOIN OUR MAILING LIST**

JOIN

**Join our mailing list!**

Join Now





ABOUT US     BECOME AN AFFILIATE     PRIVACY POLICY     CONTACT US     BOOKMARK US
COMPANY INFO     ADVERTISING     PRODUCT INDEX     CATEGORY INDEX     HELP     TERMS OF USE

Copyright © 2011  DietMax. All Rights Reserved.

My Account | My Info | Settings | Reports                    justhostnet : Log-out | Help



Register    Transfer    Whois    Manage

Register A Domain                                        GO

**Domains   Hosting   Email   Security   More Products   Resellers   My Account          My Cart**

Home » domains » domain control panel

**my domains    names of interest    sub-account domains**

| **registered** | **dns hosted** | **expiring** | **expired** | **redemption** | **folders** | **search** |

Starting with   registered                    search

# 2daydietmaxsupply.com

**Expiration: 9/15/2012**   🛒 **Add Years**              Manage Domain:   Contact Information

## Edit Contact Information                                                    HELP

| | |
|---|---|
| **ID Protect** | **Your Contact Information Is Not Protected!** |
| | Did you know that current domain regulations require that your private contact information be included in a publicly accessible database known as WhoIs? This information is available to anyone who wants to see it. |
| | ID protect works in the same way as having your phone number "unlisted". It ensures that your private contact information is protected by the "Domain Privacy Protection Service". |
| | More info on ID Protect... |

**Registrant Contact**          Account Billing     Aux Billing  ° Custom

   **Organization**                  DLO

   **First Name**            *    Emiliano

   **Last Name**             *    Vega

   **Title/Role**            *

   **Country**               *    United States

| | | |
|---|---|---|
| **Postal Address** | * | 4325 Johnson Dairy Road # 172 |
| **City** | * | Palm Beach Gardens |
| **US State/Province** | * | |
| **Postal/Zip Code** | * | 33410 |
| **Email Address** | * | milovega1@att.net |
| **Phone Number** | * | United States and Canada (+ 001) 5616284671              Ext. |
| **Fax Number** | | United States and Canada (+ 001) 5616284671 |

**Administrative Contact**    Account Billing    Registrant   ° Aux Billing    Custom

**Auxiliary Billing Contact**    Account Billing   ° Custom

| | | |
|---|---|---|
| **Organization** | | Domain Privacy |
| **First Name** | * | Domain |
| **Last Name** | * | Privacy |
| **Title/Role** | * | Domain Privacy |
| **Country** | * | Dominican Republic |
| **Postal Address** | * | Domain Privacy |
| | | Domain Privacy |
| **City** | * | Domain Privacy |
| **State/Province/Other** | * | DOMAIN PRIVACY |
| **Postal/Zip Code** | * | Domain Privacy |
| **Email Address** | * | privacy@pipedns.com |
| **Phone Number** | * | United States and Canada (+ 001) 5555555555              Ext. |
| **Fax Number** | | United States and Canada (+ 001) 5555555555 |

**Technical Contact**    ○ Account Billing    ○ Registrant    ● Aux Billing    ○ Custom

[ reset ]  [ **save** ]

About Us | Contact Us | Help | Careers | Services | News | Pricing | Maintenance | Press Releases | Whois | Site Map

**Awards & Achievements**



**Payment Options**

    

Copyright © 1998 - 2011 eNom Inc. All rights reserved. Terms & Conditions | Privacy Policy

 Services

Cheap Web Hosting

Welcome Shimon Bakshi | ✉ **0** New Messages | 🗐 **179** New Tickets | 📋 **$ 26,055.18** Received Today | 📄 **0** New Clients

Log out 🔍

### übersmith

| 🎁 client manager | ❓ support manager | 🖥 device manager | 📦 order manager | 👤 sales manager | ⚙ reports & stats | 🗒 setup & admin |

Search | Client Manager | for | _____ | ➡ more advanced search

You Are Here: | Just Host USA | Dashboard > Client Manager > Client 198895 > View Client

Message Board

## DLO
Client ID: **198895**

📄 **0** active orders
📄 **1** completed orders

🗐 **0** open/on hold tickets
🗐 **1** closed tickets

📋 **0** outstanding invoices
💰 **2** active services

| Client Profile | Services | Billing/Invoicing | Account Mgmt | Comments | Reports | Devices & IPs | Opportunities |

View Client | Edit Client | Add Contact | Delete Client

## View Client

### Address & Contact Information                    edit

| Name: | **Emiliano Vega** |
| Company: | DLO |
| Address: | 4325 Johnson Dairy Road # 172 |
| | Palm Beach Gardens, Florida 33410 United States |
| | [view map] |
| E-mail: | milovega1@att.net |
| Phone: | 5616284671 |
| Fax: | 5616284671 |

### Login Information                    edit

| Login Name: | **daydiet1** |
| Password: | ********** (ssha1) |

### Latest Comment                    add comment

| Posted by: | craig copland |
| Time: | 8:38:07AM Sep/13/2011 |
| Comment: | *Customer called made payment for renewal :)* |

view all comments

### Billing Summary                    edit

| Balance: | $ 0.00 |
| Discount: | 0% |
| Grace Period: | 7 days |
| Invoice Charge Date: | Immediately |

### Authorized Contacts                    add contact

**Primary Contact**
**Emiliano Vega**    5616284671    milovega1@att.net    delete | edit

### Account Information                    edit

| Referred by: | http://www.justhost.com/ |

### Reports                    Aged Invoices

**Custom Data**                                    edit

**Fraud Checking**

Fraud Score:            0.00

IP Country:             US

Free Email Domain:      No

Anon Proxy:             No

Bin Match:              NA

ISP:                    BellSouth.net

Distance To Billing:    5

IP City:                Palm Beach Gardens

Country Match:          Yes

Phone Billing Loc:      NotFound

High Risk Country:      No

City Postal Match:      No

Risk Score:             0.80

Explanation:            This order is low risk

**Phone Verification**

City:                   Palm Beach Gardens

State:                  Florida

**Order Info**

Referral URL:           http://www.justhost.com/

Coupon Code:            50OFF

Status:                 User Redirected to PayPal @ 10:42:59 on 15th
                        September 2009

**Ungrouped**

Extended Info:          http://central.justdevelop.it
                        /extend.client.php?clientid=daydiet1

**Aged Invoices**

| | |
|---|---|
| 0-30 | $ 0.00 |
| 30-60 | $ 0.00 |
| 60-90 | $ 0.00 |
| 90-120 | $ 0.00 |
| 120+ | $ 0.00 |
| Total | $ 0.00 |



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

              **Plaintiff**

**v.**

**United Distribution Group, LLC, et al**
           **Defendants.**

_____/

**Case No.: 1:11-CV-1220**

**HON. ROBERT HOLMES BELL**

# EXHIBIT 18

Evidence of counterfeit sales by Karma Global Enterprises, Capitol City Trading, Anees
Dadwani, William Sellers and www.littlegeniedistributors.com.

# Barry Kane

| | |
|---|---|
| **From:** | Barry Kane |
| **Sent:** | Tuesday, December 06, 2011 5:23 PM |
| **To:** | 'sales@capitolcitytrading.com' |
| **Subject:** | RE: Little Genie Distributors |
| **Attachments:** | Barry Kane (bkane@kaneplc.com) (bkane@kaneplc.com).vcf |

Dear Mr. Sellers:

The question arose when we read the following at the bottom of the website
www.littlegeniedistributors.com:

> By purchasing any item sold by Little Genie Distributors, the buyer
> expressly warrants that he/she is in compliance with all applicable
> Federal, State, and Local laws and regulations regarding the purchase,
> ownership, and use of the item.  It shall be the buyers' responsibility to
> comply with all Federal, State, and Local laws governing the sale of any
> items listed, illustrated or sold.  The buyer expressly agrees to indemnify
> and hold harmless Karma Global Enterprise Inc. DBA: E.Z. Wholesale for
> all claims resulting directly or indirectly from the purchase, ownership, or
> use of the item in violation of applicable Federal, State, and Local laws or
> regulations.

In that language there is the express hold harmless language benefiting Karma Global Enterprises DBA
E.Z. Wholesale.

On another note, can you please tell us if Capitol City Trading or any other entity controlling Capitol City
Trading or Littlegeniedistributors is incorporated and if so, in what state?  We can not find any record that
you have formally incorporated either as a corporation or limited liability company in Alabama.  Also, it
would be appreciated if you could provide your middle initial for our records.  We looked in the telephone
directory and found a number of William Sellers.

Look forward to hearing from you.

Respectfully yours,

Barry C. Kane
KANE & CO., PLC
Patent Trademark & Copyright Counsel
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, MI 49503

---

**From:** Capitol City Trading Sales [mailto:sales@capitolcitytrading.com]
**Sent:** Tuesday, December 06, 2011 5:01 PM
**To:** Barry Kane
**Subject:** RE: Little Genie Distributors

We have NO relationship with any person mentioned in your email below.  I am not familiar with these
people or businesses.  If you know otherwise, please forward any documentation that would link me with
these businesses.  I am the sole owner of Capitol City Trading and Little Genie Distributors.

12/21/2011

**From:** Barry Kane [mailto:bkane@kaneplc.com]
**Sent:** Tuesday, December 06, 2011 12:19 PM
**To:** sales@capitolcitytrading.com
**Subject:** Little Genie Distributors

Dear Mr. Sellers:

This is further to my earlier email regarding the sale of the STIFF NIGHTS brand of supplement on your website. Upon further investigation we have learned that Karma Global Enterprises, Inc., dba EZ Wholesale is associated with that site. We have further learned that Karma Global and Anees Dadwani have been involved with counterfeit products before.

Please share with us the relationship of Karma Global Ent. Inc and EZ Wholesale with Little Genie Distributors and Capitol City Trading?

Please remember that since you are on notice, you are prevented from having any communication with Mr. Dadwani or anyone else for that matter regarding this matter.

I look forward to hearing from you.

Barry C. Kane

KANE & CO., PLC

Patent Trademark & Copyright Counsel

29 Pearl St. N.W.

410 Federal Square Building

Grand Rapids, MI 49503

616.726.5905 (v)

616.726.5906 (f)

Web: www.kaneplc.com

<<Barry Kane (bkane@kaneplc.com) (bkane@kaneplc.com).vcf>>

12/21/2011

**Barry Kane**

| | |
|---|---|
| **From:** | Barry Kane |
| **Sent:** | Tuesday, December 06, 2011 10:59 AM |
| **To:** | 'sales@capitolcitytrading.com' |
| **Subject:** | Counterfeit STIFF NIGHTS brand product |
| | |
| **Attachments:** | Barry Kane (bkane@kaneplc.com) (bkane@kaneplc.com).vcf; Doc #42 Temporary Restraining Order #2.pdf; Doc #41 Preliminary Injunction.pdf |

Dear Mr. Sellers:

Thank you for contacting our office this morning regarding the correction of the "whois" information for the domain www.littlegeniedistributors.com. I also appreciate you taking the time to speak with me this morning concerning the sale of STIFF NIGHTS product through that same website.

As you requested, attached is a copy of the preliminary injunction and temporary restraining order instructing those having notice to stop selling STIFF NIGHTS. The court here in Michigan has determined that product on the market currently is counterfeit. Our goal is to identify the manufacturer and primary distributor of the product here in the United States. We urge your cooperation in identifying your sources for the product going back as early as January 2009 if possible.

With respect to product currently in inventory, we ask that you remove the product from sale, conduct an inventory count, and provide us with the quantity on hand. Then we ask that you wrap the product and store it in a location where it cannot be tampered with. Moreover, we ask that you do not inform your suppliers or anyone else that may leak the fact that we are pursing this action. We do not want anyone alerting the suppliers so that we can find the source of the counterfeiting.

Please call me should you have any questions.

Barry C. Kane
KANE & CO., PLC
Patent Trademark & Copyright Counsel
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, MI 49503
616.726.5905 (v)
616.726.5906 (f)
Web: www.kaneplc.com



  

Barry Kane      Doc #42 Temporary Doc #41 Preliminary
kane@kaneplc.com)   Restraining ...      Injunction...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

        **Plaintiff**                    **Case No.: 1:11-CV-1220**

**v.**

                                  **HON. ROBERT HOLMES BELL**

**United Distribution Group, LLC, et al**
        **Defendants.**
_____/

# EXHIBIT 19

Evidence of counterfeit sales by Import Warehouse and Ravi Bhatia

## Barry Kane

**From:**   G. Thomas Williams [gtw@mcgarrybair.com]
**Sent:**   Wednesday, December 14, 2011 1:51 PM
**To:**   Barry Kane
**Subject:** Capital Sales Co. > Affidavit Content (our reference 72169-0001)

Barry:

It was good to see you in the courtroom today. Thank you for the opportunity to speak with you regarding the resolution of this matter. In return for a dismissal without prejudice of Capital Sales from your suit and elimination of Capital Sales from the preliminary injunction going forward, we discussed turning over our recent purchase orders of the accused product and sales reports on where our products went. You mentioned that there were some items that you would want to be in the affidavit and that you would email this information to me.  Let me know when you have it.  I have also spoken to Mr. Haddad and informed him of your request not to speak with his contact at Import Warehouse regarding the lawsuit.  He did tell me that he already informed Import Warehouse about the lawsuit immediately upon being served with your papers, but agreed that he would refrain from speaking with them about the lawsuit going forward, if that is acceptable.

- Tom

G. Thomas Williams  |  Attorney  |  McGarry Bair PC
Direct 616 742 3514  |  gtw@mcgarrybair.com

12/21/2011

**Bonnie Smith**

| | |
|---|---|
| **From:** | Barry Kane |
| **Sent:** | Wednesday, December 14, 2011 4:14 PM |
| **To:** | 'ravi@importwarehouseinc.com' |
| **Subject:** | United States District Court Order - Temporary Restraining Order |
| **Importance:** | High |
| **Expires:** | Tuesday, March 13, 2012 12:00 AM |
| **Attachments:** | Barry Kane (bkane@kaneplc.com) (bkane@kaneplc.com).vcf; Doc #42 Temporary Restraining Order #2.pdf; Doc #41 Preliminary Injunction.pdf |

December 14, 2011

Mr. Ravi Bhatia
Import Warehouse, Inc.
11311 Harry Hines Blvd.
Suite 201
Dallas, TX 75229 USA

    Re:    Sale and Distribution of STIFF NIGHTS male sexual stimulant
           Case No.: 1:11-cv-1220 RHB

Dear Mr. Bhatia:

Thank you for taking my call today concerning recent business relations with Capital Sales Company in Hazel Park, Michigan. As I mentioned, I am an attorney who represents Impulsaria, LLC. Impulsaria LLC is the plaintiff in a lawsuit against many defendants concerning the distribution and sale of a counterfeit product sold under the STIFF NIGHTS brand name. Enclosed is a copy of an order issued by the United States District Court in the Western District of Michigan concerning Capital Sale Company and anyone who has worked in concert with them or otherwise has notice of the order. Please review the order as this has important ramifications to your company.

We understand that on or about December 6, 2011, Mr. Sam Haddad contacted your company concerning the sale and distribution of STIFF NIGHTS herbal male sexual stimulant, and that his company had been sued, alleging that the product sold was counterfeit. The communication by Mr. Haddad is a violation of the order. We are now contacting you so that you are on notice not to contact the company or person who sold the STIFF NIGHTS product to your business. It is our contention the product that you sold is counterfeit and our objective is to locate the source of the counterfeit product. It is therefore important that you do not alert the seller so that all evidence in this matter is preserved.

It is recommended that you engage an attorney after you have ceased all sales of the STIFF NIGHTS product and have preserved your business records and any inventory in your possession. Once those steps have been taken, we invite your attorney to contact our office immediately.

Thank you for your cooperation in this matter. We look forward to hearing from your attorney should you so choose.

Respectfully yours,

Barry C. Kane

KANE & CO., PLC

Patent Trademark & Copyright Counsel

29 Pearl St. N.W.

410 Federal Square Building

Grand Rapids, MI 49503

616.726.5905 (v)

616.726.5906 (f)

Web: www.kaneplc.com

 

 

Barry Kane  Doc #42 Temporary Doc #41 Preliminary
kane@kaneplc.com)  Restraining ...  Injunction...

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

       **Plaintiff**                                   **Case No.: 1:11-CV-1220**

**v.**

                                 **HON. ROBERT HOLMES BELL**

**United Distribution Group, LLC, et al**
        **Defendants.**
_____/

# EXHIBIT 20

Evidence of counterfeit sales by Milo Vega dba Valuemart on www.atomicmall.com

**Barry Kane**

| | |
|---|---|
| **From:** | Atomic Mall Alliance [alliance@atomicmall.com] |
| **Sent:** | Monday, December 12, 2011 6:59 PM |
| **To:** | Barry Kane |
| **Subject:** | RE: Counterfeit STIFF NIGHTS brand product sold on   AtomicMall.com and subpoena |

Hi Mr. Kane,

The sellers are still here, as all or most of them sell other products.  I have hidden the
Stiff Nights listings from public view because I don't want buyers purchasing the items in
light of the information you have provided.  The listings are still in our database should
the need arise to retrieve them.

For your convenience I have provided links to the stores of the sellers given to you in
the list requested:

http://www.atomicmall.com/seller.php?id=71219
http://www.atomicmall.com/seller.php?id=93928
http://www.atomicmall.com/seller.php?id=118927
http://www.atomicmall.com/seller.php?id=45156
http://www.atomicmall.com/seller.php?id=91996
http://www.atomicmall.com/seller.php?id=122459
http://www.atomicmall.com/seller.php?id=125480

In researching this item, I noticed several instances of this same product being sold
through other marketplace sites. I don't know if any of these sellers overlap with ours or
if the items are counterfeit in nature but I thought you would probably want to be aware
of them:

http://www.bonanza.com/items/search?
a=true#noreload=true&q[filter_category_id]=&q[search_term]=stiff+nights&q[shipping_in_pric
e]=0&q[sort_by]=relevancy&q[translate_term]=true

http://www.ecrater.com/search.php?keywords=stiff+nights&x=0&y=0

http://www.blujay.com/item/Stiff-nights-male-enhance-24-pills-LIMITED-
QUANTITY-19010400-3605010&keywords=stiff+nights

http://www.ioffer.com/search/items/stiff%20nights

http://www.wensy.com/search.asp?searchtxt=stiff%20nights&catid=&searchtype=0
&show=gallery&search=Search

Regards,
Mike S.

Atomic Mall Support

At 12:36 PM 12/12/2011, you wrote:
>Dear Mr. Shannon:
>
>We notice in monitoring the Atomic Mall website that all of the sellers
>of the Stiff Nights product no longer appear.  Can you please tell us
>if they let their listing expire or if their listings were taken down
>by you?
>
>Barry C. Kane

>KANE & CO., PLC
>Patent Trademark & Copyright Counsel
>29 Pearl St. N.W.
>410 Federal Square Building
>Grand Rapids, MI 49503
>
>-----Original Message-----
>From: Atomic Mall Alliance [mailto:alliance@atomicmall.com]
>Sent: Wednesday, December 07, 2011 4:05 AM
>To: Barry Kane
>Subject: Re: Counterfeit STIFF NIGHTS brand product sold on
>AtomicMall.com and subpoena
>
>
>
>Dear Mr. Kane,
>
>As requested by subpoena, here is the contact information provided to
>us by the sellers on our site who are presently offering "Stiff Nights"
>products
>for sale.
>
>
>Ulyssee Benson
>Ejuice USA
>3029 noble avenue
>Richmond VA 23222 USA
>804-868-6636
>ejuiceusa@gmail.com
>IP address: 184.76.215.90
>
>
>Chi Wa Pun
>Lovely9999
>Rm 1912, Mei Tin Hse
>Hing Tin Est, Lam Tin
>Hong Kong
>96061038
>lovely_life9999@yahoo.com.hk
>IP address: 14.136.95.103
>
>
>Michael Xavier
>SlimGirl
>3639 William Street
>Vancouver BC V5K 5G9 CANADA
>604-319-6120
>xaviersir@gmail.com
>IP address: 96.48.72.124
>
>
>Rick Hendrick
>mambruk (Bestseller)
>17000 norh bay rd
>Miami FL 33160 USA
>305-610-1914
>richylis@hotmail.com
>IP address: 190.202.205.84
>
>
>Jin Chen
>Powerseller
>3639 William Street
>Vancouver British Columbia V5K 5G9 CANADA
>604-288-0241
>yuan6202@gmail.com
>IP address: 206.116.229.150

```
>
>
>Milo Vega
>ValueMart
>6559 Emerald Dunes Dr # 205
>West Palm Beach FL 33411 USA
>561-891-5448
>milovega1@att.net
>IP address: 12.132.170.156
>
>
>Solomon Holloway
>iketrade
>14 thrift st apt #2
>Greenville SC 29609 USA
>864-238-1034
>ike4544@yahoo.com
>IP address: 71.14.100.111
>
>
>If you require this information in some other form i.e. fax or mail, or
>you require any further assistance please let me know.
>
>My policy is to immediately remove any infringing material from the
>marketplace whenever details like this are brought to my attention. I
>am
>
>still uncertain however whether removing the listings or otherwise
>restricting their sale would qualify as "spoliation of evidence" as
>prohibited by the subpoena.  If you can offer any guidance along these
>lines I would be appreciative.  I do not wish to have these items
>available for purchase on Atomic Mall if they are illegitimate, but
>also do not want to be in violation of a court order by removing them
>and by doing so, potentially alerting the merchants offering them.  No
>contact has been made with any of the sellers, and lacking a takedown
>order I have left the listings up pending further instruction.
>
>Regards,
>Mike Shannon
>
>Atomic Mall Support
>
>
>
>
>
>At 02:27 PM 12/5/2011, you wrote:
>
> >December 5, 2011
> >
> >Mr. Mike Shannon
> >
> >Atomic Mall
> >PO Box 9622
> >Yakima, Washington 98909
> >
> >          RE:    Sale of STIFF NIGHTS brand product on Atomic Mall
> >
> >                 Case No. 1:11-cv-1220 United States District Court
> > Western District of Michigan
> >
> >                 Our File: 3210.003
> >
> >Dear Mr. Shannon:
> >
> >Attached is a subpoena issued by the United States District Court for
>the
```

> >Eastern District of Washington, requesting AtomicMall.com to provide
>the
> >contact information and identities of numerous sellers of STIFF
> >NIGHTS brand herbal supplement on the AtomicMall.com website.
> >
> >There has been a plaque of counterfeit product on the market and our
>goal
> >is to stop those sales and ensure that authentic product is being
> >sold.  Presently we contend that each of these sellers are selling
> >counterfeit product.  We are not asking you to remove the sellers
> >from
>the
> >site at this time.  We are instructing you, pursuant to court order,
>that
> >you are prohibited from contacting the sellers to prevent the
>spoliation
> >of evidence.  Copies of those orders are attached for your review.
> >
> >We look forward to receiving the information requested in the
> >subpoena.  Should you have any questions, please contact our office.
> >
> >Barry C. Kane
> >
> >KANE & CO., PLC
> >
> >Patent Trademark & Copyright Counsel
> >
> >29 Pearl St. N.W.
> >
> >410 Federal Square Building
> >
> >Grand Rapids, MI 49503
> >
> >616.726.5905 (v)
> >
> >616.726.5906 (f)
> >
> >Web:  <http://www.kaneplc.com>www.kaneplc.com
> ><http://www.twitter.com>
> ><<Barry Kane (bkane@kaneplc.com) (bkane@kaneplc.com).vcf>>
> ><<2011_12_05_17_25_39.pdf>> <<Doc #42 Temporary Restraining Order
>#2.pdf>>
> ><<Doc #41 Preliminary Injunction.pdf>>
> >
> >
> >

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

       **Plaintiff**

**v.**

**United Distribution Group, LLC, et al**
       **Defendants.**

_____/

**Case No.: 1:11-CV-1220**

**HON. ROBERT HOLMES BELL**


# EXHIBIT 21

Evidence of counterfeit sales by Blake King dba www.top5supps.com.

My Account    Order Status    Wish Lists    Gift Certificates    View Cart    Sign in or Create an account

## top5supps.com

Advanced Search

Home    About Us    Shipping & Returns    RSS Syndication

**Categories**

Men's Health
Shop By Brand
Shop By Category
Weight Loss

**Popular Brands**

Stiff 4 Ever
Xtra Innings

**Our Newsletter**

Your First Name:

Your Email Address:

**SUBSCRIBE**

## Featured Products

Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout

$139.99 $59.99

Add To Cart

 Xtra Innings For Men 10ct Value Pack

$29.99

Add To Cart

Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only

$39.99

Add To Cart

 Fastin 60ct

$89.95

Add To Cart

## New Products

Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only

$39.99

Add To Cart

 Stiff 4 Ever 30 Count

$59.99

Add To Cart

Xtra Innings For Men 3ct Value Pack

$19.99

Add To Cart

 Yellow Scorpion Ephedra

$39.95

Add To Cart

Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout

$139.99 $59.99

Add To Cart

 Xtra Innings For Men 10ct Value Pack

$29.99

Add To Cart

Yellow 25x Xtreme with 25mg of Ephedra

$39.99

Add To Cart

 Yellow Devils

$59.99

Add To Cart

### Current Top Sellers



 Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout

$139.99 $59.99

Add To Cart

2  Xtra Innings For Men
$6.99

Add To Cart

3  Stiff 4 Ever 30 Count
$59.99

Add To Cart

4  Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only
$39.99

Add To Cart

5  Xtra Innings For Men 10ct Value Pack
$29.99

Add To Cart

### New Products

Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only
$39.99

Add To Cart

Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout
$139.99 $59.99

Add To Cart

Stiff 4 Ever 30 Count
$59.99

Add To Cart

 Live Help: Offline

## Recent News

- Stiff 4 Ever is the Stiff Nights Alternative

$29.99

Add To Cart

Xtra Innings For Men 3ct
Value Pack
$19.99

Add To Cart

## Popular Products

Xtra Innings For Men
$6.99
★ ★ ★ ★ ★
Add To Cart

Stiff 4 Ever 30 Count
$59.99
★ ★ ★ ★ ,
Add To Cart

All prices are in USD. Copyright 2011 Top5supps.com | Your source for male enhancement, weightloss, and performance nutrition . Sitemap | Shopping Cart Software by BigCommerce

Live Help: Offline

Case 1:11-cv-01220-RHB   Doc #62   Filed 12/22/11   Page 26 of 33   Page ID#450

My Account    Order Status    Wish Lists    Gift Certificates    View Cart    Sign in or Create an account

# top5supps.com

Advanced Search | Search Tips

Home      About Us      Shipping & Returns      RSS Syndication

## Categories

Men's Health

Shop By Brand

Shop By Category

Weight Loss

## Popular Brands

Stiff 4 Ever

Xtra Innings

## Our Newsletter

Your First Name:

Your Email Address:

SUBSCRIBE

## Featured Products



**Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only**

$39.99

Add To Cart

**Xtra Innings For Men**

$6.99

Add To Cart

**Stiff 4 Ever 30 Count**

$59.99

Add To Cart

**Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout**

~~$139.99~~ $59.99

Add To Cart

## New Products

Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only

Stiff Nights 30ct Bottle (Original 72 H... Buy 1 Get 1 Free Closeout

## Current Top Sellers



Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout
~~$139.99~~ $59.99

Add To Cart

2   Xtra Innings For Men
$6.99

Add To Cart

Live Help: Offline

Case 1:11-cv-01220-RHB   Doc #62   Filed 12/22/11   Page 27 of 33   Page ID#451


$39.99
Not Rated
Add To Cart


$139.99 $59.99
Not Rated
Add To Cart

$59.99
★★★★
Add To Cart


Stiff 4 Ever 30 Count

$59.99
★★★★
Add To Cart


Xtra Innings For Men 10ct Value Pack

$59.99
Not Rated
Add To Cart

4   Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only
$39.99
Not Rated
Add To Cart

5   Xtra Innings For Men 10ct Value Pack
$59.99
Not Rated
Add To Cart


Xtra Innings For Men 3ct Value Pack

$19.99
Not Rated
Add To Cart


Yellow 25x Xtreme with 25mg of Ephedra

$39.99
Not Rated
Add To Cart

 **New Products**

Stiff Nights 72hr Formula 30ct Bottle Only $39.99 Today Only
$39.99
Not Rated
Add To Cart

Stiff Nights 30ct Bottle (Original 72 Hour Formula) Buy 1 Get 1 Free Closeout
$139.99 $59.99
Add To Cart

Stiff 4 Ever 30 Count
$59.99
★★★★
Add To Cart

Xtra Innings For Men 10ct Value Pack
$59.99
Not Rated
Add To Cart

Xtra Innings For Men 3ct


Yellow Scorpion Ephedra

$39.95
Not Rated
Add To Cart


Yellow Devils

$59.99
Not Rated
Add To Cart

##  Recent News

- Stiff 4 Ever is the Stiff Nights Alternative

 Live Help: Offline

Case 1:11-cv-01220-RHB  Doc #62  Filed 12/22/11  Page 28 of 33  Page ID#452

Add To Cart

## Popular Products

Xtra Innings For Men
$6.99

Add To Cart

Stiff 4 Ever 30 Count
$59.99

Add To Cart

All prices are in USD. Copyright 2011 Top5supps.com | Your source for male enhancement, weightloss, and performance nutrition . Sitemap | Shopping Cart Software by BigCommerce

Live Help: Offline

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

           **Plaintiff**　　　　　　　　　**Case No.: 1:11-CV-1220**

**v.**

　　　　　　　　　　　　　　　　　**HON. ROBERT HOLMES BELL**

**United Distribution Group, LLC, et al**
           **Defendants.**
_____/


# EXHIBIT 22

Evidence of counterfeit sales by Willy Alego dba www.levellenatural.com.



**Compare Products**

You have no items to compare.

**My Cart**

You have no items in your shopping cart.

TRACK YOUR ORDER!



Track Order



SUPPORT

CLICK HERE

# FREE SHIPPING
## W/ minimum of $100.00

Discreet packaging



 $ | Free delivery

**Newsletters**

Enter your email address

Submit

Shop By

**Shopping Options**

**Category**

Vitamins / Supplements (2)

Feedback

Home | **Search results for: 'stiff nights'**

Search results for 'stiff nights'





Stiff Nights 1 Pill Pack / 24 Packs (Box)

Regular Price:
**SPECIAL PRICE:**

Stiff Nights 2 Pills Pack / 24 Packs (Box)

Regular Price:

**SPECIAL PRICE:**

## Compare Products

You have no items to compare.

## My Cart

You have no items in your shopping cart.

TRACK YOUR ORDER!





FREE SHIPPING
W/ minimum of $100.00



Discreet packaging

 

## Newsletters

Enter your email address



Shop By

**Shopping Options**

**Category**

Vitamins / Supplements (2)

Feedback

---

Home | **Search results for: 'stiff nights'**

Search results for 'stiff nights'



Stiff Nights 1 Pill Pack /
24 Packs (Box)

Regular Price:
SPECIAL PRICE:



Stiff Nights 2 Pills
Pack / 24 Packs (Box)

Regular Price:

SPECIAL PRICE:

# name.com

**Name.com LLC**
**2500 East Second Avenue**
**Second Floor**
**Denver, Colorado 80206**
**Telephone: (720) 249-2374**
**Fax: (303) 399-3167**

Dear Barry C. Kane,

The domain name levellenatural.com was registered by the following party:

willy alejo
416 Undercliff Ave Ap2
Edgewater, NJ 07020 US
walejo01@gmail.com
+1.5515743563

The contact details assigned to the account where this domain name is currently located matches these contact details. Should you have any additional questions, please let me know. You are welcome to reach me at abuse@name.com or at 7209376321.

Thank you,

Scott McBreen