**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

______________________________________/

**IMPULSARIA, LLC**
**A Nevada Limited Liability Company**

**Plaintiff** **Case No.: 1:11-CV-1220**

**v.**

**HON. ROBERT HOLMES BELL**

**United Distribution Group, LLC, dba United Wholesale Grocery; Mine Boutique LLC; and Purple Haze II, LLC;**
**all Michigan Limited Liability Companies;**
and
**Cin-Lan, Inc.; Fashion Designs, Inc.; Executive Art Studio, Inc.; G. K. Convenience Stores, Inc.; Ajit Corporation, Gur-Zal, Inc.; Capital Sales Company; and Yatin Entertainment, Inc.;**
**all Michigan Corporations;**
and
**Premiere Sales Group; a California corporation;**
and
**eCRATER; a California company;**
and
**www.2daydietmaxsupply.com; a Florida company; and Pure Vitamins & Natural Supplements, LLC;**
**a Florida limited liability company;**
and
**Chicago Import, Inc., and R N International, Inc.;**
**both Illinois Corporations;**
and
**Karma Global Enterprises, Inc.;**
**Import Warehouse, Inc., Texas Corporations;**
**www.thriftywholesaler.com;**
**all Texas companies;**
and
**Bonanza.com, Inc.; a Washington corporation;**
and
**Ejuice USA Import Export and Distribution LLC;**
**a Virginia limited liability company;**
and
**Star Importers and Wholesalers;**
**a Georgia company;**
and

**William Sellers, an Alabama resident,**
and
**Emiliano Vega, Emiliana Vega, Milo Vega,**
**Emilio Vega, Dr. Ken K. Issa, and Rick Hendrick,**
**all Florida Residents,**
and
**Willy Alejo, a New Jersey resident,**
and
**Blake King, a New York resident,**
and
**Rakesh Kumar, a Michigan resident,**
and
**Anees Dadwani and Ravi Bhatia,**
**both Texas residents,**
and
**Solomon Holloway, a South Carolina resident,**
and
**Ulyssee Benson, a Virginia resident,**
and
**Dimitar Slavov, a California resident,**
and
**John Does**
**Defendants.**
_______________________________________/

Barry C. Kane (P45851)
Eric A. Hultman (P72159)
KANE & CO., PLC
Attorney for Plaintiff
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, Michigan 49503
(616) 726-5905 (v)
bkane@kaneplc.com
ehultman@kaneplc.com
**Attorneys for Plaintiff**

Kevin B. Even (P38599)
Even & Franks, P.C.
900 Third St Ste 204
PO Box 629
Muskegon, MI 49443
(231) 724-4320 (v)
kevineven@muskegonlaw.com
**Attorney for Defendant Agit Corp.**

Bradley J. Shafer (P36604)
Shafer & Associates PC
3800 Capitol City Blvd, Suite 2
Lansing, MI 48906
(517) 886-6560 (v)
brad@bradshaferlaw.com
**Attorney for Cin-Lan, Inc.**
**and Mine Boutique**

G. Thomas Williams (P53724)
McGarry Bair PC
32 Market Ave SW Ste 500
Grand Rapids, MI 49503
(616) 742-3500 (v)
**Attorney for Defendant**
**Capital Sales Company**

______________________________________/

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Impulsaria, LLC, by and through its counsel, in the interest of furthering settlement discussions, stipulates Defendants Ajit Corporation; Capital Sales Company; Chicago Import, Inc.; Cin-Lan, Inc.; Executive Art Studio, Inc.; Fashion Designs, Inc.; G.K. Convenience Stores, Inc.; Gur-Zal, Inc.; Mine Boutique, Inc.; Purple Haze II, LLC; R N International, Inc.; and United Distribution Group have **up to and including January 31, 2012 to answer or otherwise respond to the complaint** in this action.

December 27, 2011 By: /s/ Eric A. Hultman

Eric A. Hultman
**KANE & CO., PLC**
Barry C. Kane (P45851)
Eric A. Hultman (P72159)
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, MI 49503
Tel: (616) 726-5905
Fax (616) 726-5906
ehultman@kaneplc.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I electronically filed the foregoing paper with the Clerk of the Court for the Western District of Michigan using the ECF system. Parties may access this filing through the Court's system.

By: /s/ Eric A. Hultman

Eric A. Hultman
**KANE & CO., PLC**
Barry C. Kane (P45851)
Eric A. Hultman (P72159)
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, MI 49503
Tel: (616) 726-5905
Fax (616) 726-5906
ehultman@kaneplc.com