To the Court:

**Please do not place the issued summons in the mail**.  If possible, send a notice to beckyt@kaneplce.com once it has been issued so that someone in our office can pick it up at the court asap.

Thank you,
Becky Touchett
Kane & Co., PLC

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

IMPULSARIA, LLC

v.

UNITED DISTRIBUTION GROUP, LLC et al.

Case No. 1:11-cv-1220
Hon. Robert Holmes Bell

TO: Milo Vega
ADDRESS: 6559 Emerald Dunes Dr #205
West Palm Beach, FL 33411

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

TRACEY CORDES, CLERK OF COURT

By: _____
            (Deputy Clerk)

Dated: _____

- [✓] 399 Federal Building
  110 Michigan St., NW
  Grand Rapids, MI 49503
- [ ] P.O. Box 698
  229 Federal Building
  Marquette, MI 49855
- [ ] B-35 Federal Building
  410 W. Michigan Ave.
  Kalamazoo, MI 49007
- [ ] 113 Federal Building
  315 W. Allegan
  Lansing, MI 48933

## PROOF OF SERVICE

This summons for _____Milo Vega_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

- [ ] I personally served the summons on the individual at _____
  (place where served)
  on _____.
       (date)

- [ ] I left the summons at the individual's residence or usual place of abode with _____, a person
  (name)
  of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

- [ ] I served the summons on _____, who is designated by law to accept service
  (name of individual)
  of process on behalf of _____ on _____.
                          (name of organization)              (date)

- [ ] I returned the summons unexecuted because _____.

- [ ] Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: