# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District District of Michigan

Case Number: 1:11-CV-1220

Plaintiff:
**Impulsaria, LLC, A Nevada Limited Liability Company**

vs.

Defendant:
**United Distribution Group, LLC, dba United Wholesale Grocery; et al**

For:
Barry Kane
Kane & Co,. PLC
29 Pearl St N.W
410 Federal Square Building
Grand Rapids, MI 49503

Received by CHOICE PROCESS SERVING on the 25th day of January, 2012 at 3:46 pm to be served on **Gimix, Inc., c/o: Mr. Zohar Mantzoor, 4800 Lyons Technology Pkwy, Suite #1, Coconut Creek, FL 33073**.

I, Ray Wilson, being duly sworn, depose and say that on the **26th day of January, 2012** at **5:25 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Letter to defendant demanding them to preserve evidence, summons, temporary restraining order, coplaint, declaration of Erb Avore, Motion for temporary restraining order, proposed order, brief in support and exhibits** with the date and hour of service endorsed thereon by me, to: **Zohar Mantzoor** as **Presidant** at the address of: **4800 Lyons Technology Pkwy, Suite #1, Coconut Creek, FL 33073**, who stated they are authorized to accept service for **Gimix, Inc.,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 190, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, Pursuant to Florida Statute 92.525, I declare that I have read the foregoing document, and that the facts stated in it are true.

NOTARY PUBLIC-STATE OF FLORIDA
Juliet Morris
Commission # DD812338
Expires: AUG. 05, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Subscribed and Sworn to before me on the 26th day of January, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

Ray Wilson
SPS 1929

CHOICE PROCESS SERVING
5489 Wiles Rd
#302
Coconut Creek, FL 33073
(954) 905-6535
Our Job Serial Number: CHC-2012000048

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i