UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

IMPULSARIA, LLC
A Nevada Limited Liability Company

       Plaintiff                      Case No.: 1:11-CV-1220

v.

                                     HON. ROBERT HOLMES BELL

UNITED DISTRIBUTION GROUP, LLC, et al.

       Defendants.
_____/

| | |
|---|---|
| Barry C. Kane (P45851) | Kevin B. Even (P38599) |
| Eric A. Hultman (P72159) | EVEN & FRANKS, PLLC |
| KANE & CO., PLC | 900 Third St Ste 204 |
| Attorney for Plaintiff | PO Box 629 |
| 29 Pearl St. N.W. | Muskegon, MI  49443 |
| 410 Federal Square Building | (231) 724-4320 (v) |
| Grand Rapids, Michigan 49503 | (231) 724-4330 (f) |
| (616) 726-5905 (v) | kevineven@muskegonlaw.com |
| (616) 726-5906 (f) | Attorney for Ajit Corporation |
| bkane@kaneplc.com | |
| ehultman@kaneplc.com | Bradley B. Shafer (P36604) |
| Attorney for Plaintiff | SHAFER & ASSOCIATES PC |
| | 3800 Capitol City Blvd Ste 2 |
| | Lansing, MI  48906 |
| | (517) 886-6560 (v) |
| | (517) 886-6565 (f) |
| | brad@bradshaferlaw.com |
| | Attorney for Fashion Designs, Inc. and Executive Art Studio, Inc. |
| | |
| | G. Thomas Williams (P53734) |
| | MCGARRY BAIR PC |
| | 32 Market Ave SW Ste 500 |
| | Grand Rapids, MI  49503 |
| | (616) 742-3500 (v) |
| | (616) 742-1010 (f) |
| | gtw@mcgarrybair.com |
| | Attorney for Capital Sales Company |

Clyde DeWitt
Law Offices of Clyde DeWitt
6525 West Warm Springs Road
Suite 100
Las Vegas, NV 89118-4679
(702) 386-1756 (v)
(310) 362-8667 (f)
clydedewitt@earthlink.net
Attorney for Premiere Sales Group, LLC

John A. Waters (P22851)
Kevin Lane Pontius (P73977)
Nicholas D. Bowman (P74964)
Waters and Associates PLC
161 Ottawa Ave NW Ste 305B
Waters Bldg
Grand Rapids, MI 49503
616) 242-9550 (v)
john@waters-ip.com
kevin@waters-ip.com
nbowman456@yahoo.com
Attorneys for Star Importers

## STIPULATION TO EXTEND THE TIME
## FOR DEFENDANT PREMIERE SALES GROUP, INC.
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Come now Plaintiff Impulsaria, LLC and the following Defendants named in the original, first and second amended complaints: Executive Art Studio, Inc.; Fashion Designs, Inc.; Premiere Sales Group, Inc.; and United Distribution Group, LLC (hereafter Defendants), stipulate as follows:

Defendants have been duly served with the summons and complaint in the above-captioned matter pursuant to Fed. R. Civ. Proc. 4(h). Accordingly, Defendants are currently required to plead in response to the complaint in this matter.

Defendants on the one hand, and Plaintiff Impulsaria, LLC on the other hand, are in the midst of settlement discussions, and accordingly hereby stipulate as follows:

2

Defendants should be and are hereby granted an extension of time until March 30, 2012 to answer the complaint.

Defendants represented by counsel agree that they will not assert the defense of lack of personal jurisdiction and will not object to venue.

SO STIPULATED:

| | |
|---|---|
| REVIEWED AND APPROVED<br>DATED: February 6, 2012 | /s/ Robert Holmes Bell<br>HON. ROBERT HOLMES BELL<br>UNITED STATES DISTRICT JUDGE |
| February 2, 2012. | By: /s/ Barry C. Kane<br>Barry C. Kane<br>Kane & Co., PLC<br>29 Pearl St. N.W.<br>410 Federal Square Building<br>Grand Rapids, MI 49503<br>(616) 443-5952; Fax 616) 726-5906<br>bkane@kaneplc.com<br>Counsel for Plaintiff<br><br>By: /s/ Clyde DeWitt (by consent)<br>Clyde DeWitt<br>Law Offices of Clyde DeWitt, PC<br>6525 West Warm Springs Road, Suite 100<br>Las Vegas, NV 89118-4679<br>(702) 386-1756;<br>(310) 362-8667<br>clydedewitt@earthlink.net<br>Counsel for Premiere Sales Group<br><br>By: /s/ John N. Hindo (by consent)<br>John N. Hindo<br>Mekani Orow Mekani Shallal & Hindo PC<br>255 S Old Woodward Ave Ste 310<br>Birmingham, MI 48009<br>(248) 223-9830 (v)<br>(248) 265-4106 (f)<br>jvhindo@yahoo.com<br>Counsel for United Distribution Group |

By: /s/ G. Sal Gani (by consent)
G. Sal Gani
G. Sal Gani PC
1005 S Washington Ave
Lansing, MI  48910
(517) 372-8944 (v)
(517) 485-3742 (f)
Counsel for Executive Art and
Fashion Design

4