Case 1:11-cv-01220-RHB Doc #122 Filed 02/06/12 Page 1 of 3 Page ID#1244

FILED - GR
February 6, 2012 12:34 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jks / ____ SCANNED BY: ___ / ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

IMPULSARIA, LLC
A Nevada Limited Liability Company

        Plaintiff

v.

United Distribution Group, LLC, dba United
Wholesale Grocery; Mine Boutique LLC; and
Purple Haze II, LLC;
All Michigan Limited Liability Companies;
And
Cin-Lan, Inc.; Fashion Designs, Inc.;
Executive Art Studio, Inc.; G.K. Convenience
Stores, Inc.; Ajit Corporation; Gur-Zal, Inc.;
Capital Sales Company; and Yatin
Entertainment, Inc.; all Michigan Corporations;
And
Premiere Sales Group; a California corporation;
And
ECRATER; a California company;
And
www.2daydietmaxsupply.com; a Florida company; and
Pure Vitamins & Natural Supplements, LLC;
A Florida limited liability company;
And
Chicago Import, Inc., and R N International, Inc.;
Both Illinois Corporations;
And
Karma Global Enterprises, Inc.;
Import Warehouse, Inc., and Starco Impex, Inc.;
www.thriftywholesaler.com, all Texas companies;
And
Bonanza.com, Inc.; a Washington corporation;
And
Ejuice USA Import Export and Distribution LLC;
A Virginia limited liability company;
And
Star Importers and Wholesalers;
A Georgia company;
And

Case No.: 1:11-CV-1220

HON. ROBERT HOLMES BELL

S&N Enterprises, Inc. of Virginia; a Virginia Corporation;
And
Sunshine films, Inc., a California Corporation
And
E&A Video & Magazine, a New Jersey company
And
Max Distributors, Inc., a New Jersey corporation
And
hM Distributors, Inc., a George corporation
And
CB Distributors, Inc., an Illinois company,
And
GIMIX, Inc., a Florida corporation,
And
Triangle Wholesale, Inc., an Illinois corporation,
And
Capitol News Agency Co., an Illinois corporation,
And
ANRPG LLC, a New Jersey limited liability company, dba Adult
Content Factory, New Pandemonium, Forbidden Media,
New Release Distributors and aka Adult New Release Preview
Guide, LLC, a New Jersey limited liability company,
And
Price Rite Shopping Group, LLC, a New Jersey limited liability company,
And
SLK Distributors, LLC, a Georgia limited liability company,
And
Unique Medium, LLC/One Big Willy, a New York limited liability company,
And
Mistoo Party World, LLC, a Michigan limited liability company
And
Empire Distributors, Inc., an Illinois corporation,
And
Wholesale Products and Entertainment, LLC, a New Jersey limited Liability company,
And
William Sellers, an Alabama resident,
And
Emiliano Vega, Emiliana Vega, Milo Vega,
Emilio Vega, Dr. Ken K. Issa, and Rick Hendrick,
All Florida Residents,
And
Willy Alejo, a New Jersey resident,
And
Blake King, a New York resident,
And
Rakesh Kumar, a Michigan resident,

And
Anees Dadwani and Ravi Bhatia,
Both Texas residents,
And
Solomon Holloway, a South Carolina resident,
And
Ulyssee Benson, a Virginia resident,
And
Dimitar Slavov, a California resident
And
John Does
   Defendants.
_____/

## ENTRY OF APPEARANCE

TO THE CLERK:

  Please enter my appearance on behalf of Defendants E&A Video & Magazine, Inc. and SLK Distributors in the above-captioned action.

                                /s/ M. Kelly Tillery
                                M. Kelly Tillery (PA Bar # 30380)
                                Pepper Hamilton LLP
                                3000 Two Logan Square
                                Eighteenth & Arch Streets
                                Philadelphia, PA 19103-2799
                                215.981.4401 - Main
                                215.981.4740 – Fax
                                tilleryk@pepperlaw.com

Date: February 6, 2012             *Counsel for Defendants*
                               *E&A Video & Magazine, Inc.*
                               *and SLK Distributors*