UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMPULSARIA, LLC, a Nevada
Limited Liability Company,

        Plaintiff,

v.

        Case No.: 1:11-CV-1220

        HON. ROBERT HOLMES BELL

United Distribution Group, LLC, dba
United Wholesale Grocery, et al.,

        Defendants.
_____/

## **O R D E R**

This matter came before the Court on orders to show cause (Dkt. Nos. 91, 92) why Plaintiff Impulsaria, LLC's third and fourth motions for preliminary injunction (Dkt. Nos. 65, 85) should not be granted.

It appears that there are disputed issues of fact and that the parties have agreed not to proceed with Plaintiff's motions for preliminary injunction at this time. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's third and fourth motions for preliminary injunction (Dkt. Nos. 65, 85) are **DISMISSED** without prejudice to Plaintiff's right to renew the motions at a later date.

Dated: February 7, 2012

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE