EXHIBIT "A"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMPULSARIA, LLC,<br>a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED DISTRIBUTION GROUP, LLC,<br>*et al.*,<br><br>　　　　　Defendants. | CASE NO. 11-cv-1220-RHB<br>Hon. Robert Holmes Bell<br><br>DECLARATION OF LARRY MILLS IN SUPPORT OF DEFENDANT, E&A VIDEO AND MAGAZINE'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT |

## DECLARATION OF LARRY MILLS IN SUPPORT OF DEFENDANT, E&A VIDEO AND MAGAZINE'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT AS TO DEFENDANT, E&A VIDEO AND MAGAZINE, INC.

I, Larry Mills declare,

1. I am an adult individual and resident of the State of New Jersey. I have personal knowledge of the facts set forth in this Declaration, and if called to do so, I would testify competently to the same.

2. I am the owner, president, and sole proprietor of E & A Video and Magazine ("E&A"), a company with its principal place of business located at 11 Robert Street, Nutley, New Jersey 07110.

3. E&A has remained in New Jersey since it first opened thirty years ago.

4. E&A is a wholesale distributor providing a wide variety of magazines and products to retailers and retail establishments.

5. At all times relevant to the facts alleged in the present litigation, neither I, nor E&A have ever registered to do business in the State of Michigan.

6. Neither I, nor E&A, maintain any real or personal property, or lease property in Michigan.

7. Neither I, nor E&A, maintain any bank accounts, investment accounts, or pay any taxes in the State of Michigan.

8. Neither I, nor E&A, maintain an address or telephone listing in the State of Michigan.

9. Neither I, nor E&A, have any employees, offices or equipment in the State of Michigan.

10. Neither I, nor E&A, have ever been involved in a litigation or legal proceeding in the State of Michigan (absent this litigation), or at any time availed myself, or itself as a Plaintiff or Defendant to the Federal or State Courts located within the State of Michigan.

11. At all times relevant to the facts alleged in the present litigation, all computers and servers containing any electronic documents or databases for E&A that may be relevant to the present litigation were and are located in New Jersey, with none located in the State of Michigan.

12. At all times relevant to the facts alleged in the present litigation, all company records and/or company books related to E&A were and are located in New Jersey, with none located in the State of Michigan.

13. To the best of my knowledge, at all times relevant to the facts alleged in the present litigation, I never entered the State of Michigan for any personal and/or business related reason.

14. If required to litigate this matter in the State of Michigan, I will incur significant costs and great inconvenience related to the operation of my business.

I declare that all facts and allegations contained in this Declaration are true to the best of my own knowledge; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this Declaration.

Executed in Nutley, New Jersey on the 26 day of March, 2012.

_____
Larry Mills