UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMPULSARIA, LLC,

       Plaintiff,

                                    File No: 1:11-CV-1220

v.

                                    HON. ROBERT HOLMES BELL

MILO VEGA, et al.,

       Defendants.
_____/

## NOTICE OF IMPENDING DEFAULT

     A review of the court records shows that no responsive pleading has been filed by the defendant Capitol News Agency Co. in the above captioned matter.

     If by **May 16, 2012**, plaintiff does not file a request for default, or if the Court is not advised that said defendant has served a responsive pleading, default may be entered against defendant Capitol News Agency Co. pursuant to Fed.R.Civ.P. 55(a).


Date:   May 2, 2012                                 /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE