**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IMPULSARIA, LLC,<br>a Nevada limited liability company,<br><br>             Plaintiff,<br>v.<br><br>UNITED DISTRIBUTION GROUP, LLC, *et al.*,<br><br>             Defendants. | Case No. 11-1220<br><br>Hon. Robert Holmes Bell |

**BRIEF IN SUPPORT OF DEFENDANTS TOP5SUPPS.COM AND BLAKE KING'S MOTION FOR EXTENSION OF TIME TO <u>FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS</u>**

JAMES D. VANDEWYNGEARDE (P58634)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075-1505
248.359.7387 - Direct
248.359.7700 - Fax
<u>vandewyj@pepperlaw.com</u>

M. KELLY TILLERY (PA BAR # 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4401 - Main
215.981.4740 – Fax
<u>tilleryk@pepperlaw.com</u>

ERICA W. STUMP*
ERICA W. STUMP, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
786.506.1088
<u>erica@ericawstump.com</u>
*Application for Admittance to be filed*

*Counsel for Defendants*
*Blake King and Top5supps.com*

-i-

## CONCISE STATEMENT SUPPORTING POSITION

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(c), Defendants Blake King and Top5supps.com seek a seven day extension to file a Reply Brief in support of their pending Motion to Dismiss because their lead counsel is unexpectedly in the hospital with a medical issue.

**I.     ARGUMENT**

Through this Motion, Defendants, Blake King and Top5supps.com (collectively, "Defendants") move for a brief seven (7) day extension to file a Reply Brief in support of their pending Motion to Dismiss [Doc. No. 221]. Defendants' lead counsel, Erica W. Stump, is unexpectedly in the hospital with a medical issue. As such, she is unable to finalize the Reply Brief and likewise unable to consult with Defendants regarding its content.

Therefore, Defendants respectfully request a seven (7) day extension of time to file a Reply Brief in support of their pending Motion to Dismiss, making their Reply due on or before June 8, 2012. This Court possesses authority to grant this Motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(c).

This motion is made in good faith not for the purpose of delay.

**II.     CONCLUSION**

WHEREFORE, Defendants Blake King and Top5supps.com hereby request a seven (7) day extension of time to file a Reply Brief in support of their pending Motion to Dismiss, making their reply due on or before June 8, 2012.

-2-

                        s/James D. VandeWyngearde
JAMES D. VANDEWYNGEARDE (P58634)
PEPPER HAMILTON LLP
Suite 1800
4000 Town Center
Southfield, MI  48075-1505
248.359.7300 - Main
248.359.7387 - Direct
248.359.7700 - Fax
vandewyj@pepperlaw.com

M. KELLY TILLERY (PA BAR # 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4401 - Main
215.981.4740 – Fax
tilleryk@pepperlaw.com

ERICA W. STUMP*
ERICA W. STUMP, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
786.506.1088
erica@ericawstump.com
*Application for Admittance to be filed*

*Counsel for Defendants*
Dated:  June 1, 2012              *Blake King and Top5supps.com*

#16181212 v1 (139254.2)