# EXHIBIT A

SLK Distributors, LLC invoices, indicating it sold counterfeit STIFF NIGHTS product to Premiere Sales Group, Chicago Imports and Star Imports

# Invoice

SLK Distributors
113 E Riverbend DR
Eatonton, GA 31024
800-265-0728

| Date | Invoice # |
|---|---|
| 6/1/2011 | 897834 |

**Bill To**
Premiere Sales
21446 Golden Triangle Rd
Santa Clarita, Ca 91350

POSTED

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 100 | Man-up 24 ct displays 2 pack ( buy one get one free) — Received 2 ct | 22.00 | 2,200.00 |
|  | 2 MASTER CASES OF 50 DISPLAY |  |  |
| 200 | Stiff Nights Double Displays ( 24 pack per display ) X on boxes | 36.00 | 7,200.00 |
|  | 4 MASTER DISPLAY OF 50 |  |  |
| 200 | Stiff Nights Double Displays | 60.00 | 12,000.00 |
|  | 4 MASTER DISPLAYS OF 50 |  |  |
| 200 | Stiff Nights 3 Ct bottles | 3.50 | 700.00 |
| 200 | Stiff Nights 6 Ct Bottles | 6.50 | 1,300.00 |
| 200 | Stiff Nights Ct 12 Bottles | 13.50 | 2,700.00 |
| ~~132~~ | Stiff Nights 30 Ct bottles | ~~32.00~~ 28.00 | 4,224.00 |

Shipped Road Runner Trucking
Pro # 181636366

Attn!
Donny

CHECKED JUN 09 2011
Bri

RECEIVED JUN 09 2011
BY: Bri
11:3x

Thank you for your business.

**Total** $30,324.00

# Invoice

**SLK Distributors**
113 E Riverbend DR
Eatonton, GA 31024
800-265-0728

| Date | Invoice # |
|---|---|
| 5/7/2011 | 897815 |

**Bill To**
Chicago Imports
3801-11 W Lawrence Ave
Chicago, Il 60625

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,250 | Stree Overlord 25 cases of 50 | 9.00 | 11,250.00 |
| 768 | Vim-25 16 cases of 48 | 9.00 | 6,912.00 |
| 500 | Stiff Nights Doubles 10 cases of 50 | 13.00 | 6,500.00 |
| 42 | Hard Times 1 cases of 42 | 15.00 | 630.00 |
| 50 | Ultra SX 1 cases of 50 | 15.00 | 750.00 |
| 50 | 72 HP 1 case of 50 | 15.00 | 750.00 |
| 150 | Ten Day Hard 3 cases of 50 | 10.00 | 1,500.00 |

**Total** $28,292.00

p.1

CI 000003

# Invoice

**SLK Distributors**
113 E Riverbend DR
Eatonton, GA 31024
800-265-0728

| Date | Invoice # |
|---|---|
| 11/12/2010 | 897675 |

**Bill To**

STAR IMPORTS
2043 MOUNTAIN INDUSTRIAL
TUCKER, GA 30084

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 50 | Stiff Nights Single Displays | 28.00 ~~30.00~~ | 1400.00 ~~1,500.00~~ |
| 212 | Stree Overlord | 15.00 | 3,180.00 |

*Jill*
*11/12/2010*
*212 + 50*
*AP ok*
*PC ok*
*mazina*
*11/2ulio*

Thank you for your business.

**Total** 4580.00 ~~$4,680.00~~