# EXHIBIT B

Premiere Sales Group invoices, indicating that it sold counterfeit STIFF NIGHTS product

to Michigan companies

# Cin-Lan Inc.

1000 West Jolly Road
Lansing, Michigan  48910

# Purchase Order

PO Number: PREMIERE111033

| To | Ship To |
|---|---|
| PREMIERE SALES GROUP<br>21446 GOLDEN TRIANGLE ROAD<br>SANTA CLARITA, CA. 91350<br>Phone: 888-550-8621<br>Fax: 661-260-2771 | Cin-Lan Inc.<br>1000 West Jolly Road<br>www.dejavu.com<br>Lansing, Michigan 48910<br>Phone: 517-882-4960<br>Fax: |

| P.O. Date | Req'd Date | Requisitioner | Remarks |
|---|---|---|---|
| 11/1/2011 | 11/1/2011 | SARA | PREMIERE111033 |

| Ship Via | F.O.B. Point | Terms | Freight | Confirming To |
|---|---|---|---|---|
|  |  |  |  |  |

| Qty | Order Number | Lookup Code | Description | Unit Price | Total | Tax(%) |
|---|---|---|---|---|---|---|
| 2 | S.N. 30CT | 087912078228 | STIFF NIGHT 30 CT. BOTTLE | $45.00 | $90.00 | 0 |
| 24 | PHUCK (2PK) | 753182723587 | PHUK 2CT | $4.00 | $96.00 | 0 |
| 20 | 33061 | 827912043693 | STIFF NIGHT 3 CT. | $6.50 | $130.00 | 0 |
| 48 | S.N. (2PK) | 827912073522 | STIFF NIGHTS 2CT BLISTER | $4.17 | $200.16 | 0 |
| 20 | 33062 | 827912078206 | STIFF NIGHTS 6CT BOTTLE | $12.00 | $240.00 | 0 |
| 6 |  | 827912078213 | STIFF NIGHTS 12CT BOTTLE | $20.00 | $120.00 | 0 |
| Qty | Order Number | Lookup Code | Description | Unit Price | Total | Tax(%) |

|  |  |
| --- | --- |
| Sub Total | $876.16 |
| Sales Tax | $0.00 |
| Shipping & Handling | $14.00 |
| **Total** | **$890.16** |

| Authorized by | Date |
| --- | --- |

Subject: PO-2346320.htm

# MINE BOUTIQUE LLC

1336 RAVINE ROAD
KALAMAZOO, MI  49004

# Purchase Order

PO Number: 2346320

| To | Ship To |
|---|---|
| PREMIER SALES GROUP<br>21446 GOLDEN TRIANGLE ROAD<br>SANTA CLARITA, CA. 91350<br>Phone: 888-550-8621<br>Fax: 661-260-2771 | MINE BOUTIQUE LLC<br>1336 RAVINE ROAD<br>www.dejavu.com<br>KALAMAZOO, MI 49004<br>Phone: 269.342.1170<br>Fax: |

| P.O. Date | Req'd Date | Requisitioner | Remarks |
|---|---|---|---|
| 8/10/2011 | 8/10/2011 | | |

| Ship Via | F.O.B. Point | Terms | Freight | Confirming To |
|---|---|---|---|---|
| | | | | |

| Qty | Order Number | Lookup Code | Description | Unit Price | Total | Tax(%) |
|---|---|---|---|---|---|---|
| 24 | | 094922035950 | ACE IN THE HOLE 2CT | $2.50 | $60.00 | 0 |
| 20 | | 4026666142546 | BLACK ANT | $2.00 | $40.00 | 0 |
| 25 | | 718122123537 | SINGLE PACK LIBIGIRL | $3.36 | $84.00 | 0 |
| 24 | | 718122327799 | STIFF 4 HOURS 2CT | $3.13 | $75.00 | 0 |
| 48 | | 827912078169 | STIFF NIGHTS | $2.92 | $140.16 | 0 |
| 144 | | 891433000176 | SUPERMAN RUSH | $3.75 | $540.00 | 0 |
| Qty | Order Number | Lookup Code | Description | Unit Price | Total | Tax(%) |

| | | |
|---|---|---|
| Sub Total | $939.16 |
| Sales Tax | $0.00 |
| Shipping & Handling | $25.84 |
| **Total** | **$965.00** |

| Authorized by | Date |
|---|---|