# EXHIBIT C

Laboratory report, conducted in July of 2011, indicating that the authentic STIFF NIGHTS product contained no controlled substances



# FLORA RESEARCH LABORATORIES
## ANALYTICAL REPORT

*July 22, 2011*   *Towers Distribution FRL #110714002*                                    Page 1 of 2

DATE:              July 22, 2011

REPORT:            Qualitative Screen for PDE-5 Inhibitor Drugs and Analogues by High Performance Liquid Chromatography-PDA-LC/MSn

CLIENT:            Towers Distribution

FRL SAMPLE ID:     110714002            JOB: J11-0714-B

CLIENT SAMPLE ID:  1021604  Stiff Nights

ANALYSIS DATA:     (ND= not detected @100 ug/g (PPM), POS= positive, TRACE= trace detected).

| Compound | Result |
|---|---|
| Sildenafil | ND |
| Vardenafil | ND |
| Tadalafil | ND |
| Acetildenafil (hongdenafil) | ND |
| Aminotadalafil | ND |
| Benzamidenafil (xanthoanthrafil) | ND |
| Carbodenafil | ND |
| Desmethylacetildenafil | ND |
| Dimethyl sildenafil (aildenafil) | ND |
| Dimethyl sildenafil thione (sulfoaildenafil) | ND |
| Gendenafil | ND |
| Homosildenafil | ND |
| Homosildenafil thione (sulfohomosildenafil) | ND |
| Hydroxyacetildenafil (hydroxyhongdenafil) | ND |
| Hydroxyhomosildenafil | ND |
| Hydroxyhomosildenafil thione (sulfohydroxyhomosildenafil) | ND |
| Hydroxythioacetildenafil | ND |
| Imadazosagatriazinone | ND |
| Noracetildenafil | ND |
| Nomeosildenafil | ND |
| Piperadino acetildenafil (piperadino hongdenafil) | ND |
| Piperadino vardenafil (pseudovardenafil, piperidenafil) | ND |
| Sildenafil thione (sulfosildenafil) | ND |
| Udenafil | ND |

**1000 SE M Street Unit B, Grants Pass, Oregon  97526
Ph: (541) 472-0980  Fax: (541) 472-0981**



**FLORA RESEARCH LABORATORIES**
**ANALYTICAL REPORT**

*July 22, 2011*   *Towers Distribution FRL #110714002*                              Page 2 of 2

| Compound | Result |
|---|---|
| Acetylvardenafil | ND |
| N-Octyl-Nortadalafil | ND |
| N-Butyl Tadalafil | ND |
| Nortadalafil | ND |

DISCUSSION:

The sample was prepared in duplicate with one replicate spiked for quality control. Analysis is conducted by HPLC using tandem PDA and MSn detection. The PDA traces are examined for peaks giving spectra indicative of known PDE-5 inhibitors. MSn scans are reviewed for the presence of [M+H] ions matching those of known PDE-5 inhibitors. None of the PDE-5 inhibitors listed above were detected in the sample.

CONCLUSION:

None of the PDE-5 inhibitors listed above were detected in the sample.

Assayed/Reported By:

*[signature]*

James Neal-Kababick
Laboratory Director

Date: 7/22/11

**1000 SE M Street Unit B, Grants Pass, Oregon 97526**
**Ph: (541) 472-0980  Fax: (541) 472-0981**