UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMPULSARIA, LLC,

    Plaintiff,

CASE NO. 1:11-CV-1220

v.

HON. ROBERT HOLMES BELL

UNITED DISTRIBUTION GROUP, LLC,
et al.,

    Defendants.
_____/

## ORDER

Pursuant to the notice filed by Plaintiff (docket #254), the default entered as to Defendant Sunshine Films, Inc. on April 10, 2012, is withdrawn, and the case against Sunshine Films, Inc. is DISMISSED.

Defendant Sunshine Films, Inc.'s motion to set aside default (docket #216) is denied as moot.

Date:  July 24, 2012          /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                             UNITED STATES DISTRICT JUDGE