UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMPULSARIA, LLC.

    Plaintiff                           CASE NO: 1:11-CV-1220
                                           HON. ROBERT HOLMES BELL

v

Purple Haze II, LLC et al.

    Defendants
_____/

## MOTION AND ORDER TO DISMISS

Plaintiff, Impulsaria, LLC, by and through its counsel, moves the Court for an order dismissing Defendants Purple Haze II, LLC; Gur-Zal, Inc., Yatin Entertainment, www.2daydietmaxsupply.com, William Sellers, Emiliano Vega, Solomon Holloway, Max Distributors, Unique Medium, LLC/One Big Willy, and Wholesale Products and Entertainment, LLC who have failed to appear or otherwise respond to the complaint in this case, without prejudice, and without costs.

Dated: March 11, 2013                  KANE & CO., PLC

                                          /s/Barry C. Kane
                                          Barry C. Kane (P45851)
                                          29 Pearl St. N.W.
                                          410 Federal Square Building
                                          Grand Rapids, MI 49503
                                          616.726.5905
                                          Attorney for Plaintiff

**SO ORDERED.**

Date: March __13__, 2013               /s/ Robert Holmes Bell
                                          HON. ROBERT HOLMES BELL